UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON, SR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JESSE ARNETT, et al., <br><br>　　　　Defendants. | CASE NO. 1:15-cv-01275-MJS (PC) <br><br>**ORDER GRANTING MOTION TO DISMISS CASE AS DUPLICATIVE** <br><br>**(ECF No. 6)** <br><br>**CLERK TO CLOSE CASE** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On August 20, 2015, Plaintiff filed a document titled "Judicial Notice (Re: Notice of Duplicate Filing)," which seeks dismissal of this action as duplicative of an earlier-filed action presently pending before the undersigned, Hilson v. Arnett, 1:15-cv-1240-MJS.

　　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's August 20, 2015 motion is sufficient under Rule 41.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's August 20, 2015 motion to dismiss (ECF No. 6) is GRANTED;

2. This action is DISMISSED without prejudice; and

3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   October 22, 2015           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE