UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> JESSE ARNETT, et al., <br><br> Defendants. | CASE NO. 1:15-cv-01275-MJS (PC) <br><br> **ORDER DENYING MOTION TO QUASH DUPLICATE COMPLAINT AND GRANTING MOTION REGARDING TRUST ACCOUNT** <br><br> **(ECF Nos. 9-10)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On August 20, 2015, Plaintiff filed a document titled "Judicial Notice (Re: Notice of Duplicate Filing)," which seeks dismissal of this action as duplicative of an earlier-filed action presently pending before the undersigned, Hilson v. Arnett, 1:15-cv-1240-MJS. The Court granted Plaintiff's request on October 22, 2015, and this action was closed accordingly. (ECF No. 8.)

Now pending are Plaintiff's "Motion to Quash Duplicate Complaint" (ECF No. 9) and "Notice and Motion Regarding Trust Account" (ECF No. 10). Since the relief that Plaintiff seeks in motion to quash has already been granted, it will be denied as moot. As for Plaintiff's motion regarding trust account, he asks the Court to forward a copy of the

order of dismissal to the prison's trust office so that the prison may remove this case from Plaintiff's list of encumbrances.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to quash (ECF No. 9) is DENIED as moot;
2. Plaintiff's motion regarding trust account (ECF No. 10) is GRANTED; and
3. The Clerk of Court is directed to send a copy of this Order and the Court's October 22, 2015, Order dismissing this case as duplicative (ECF No. 8) to the Litigation Coordinator at California Correctional Institution where Plaintiff is presently housed.[1]

IT IS SO ORDERED.

Dated:   January 31, 2016             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Based on a recent Notice of Change of Address filed in 1:15-cv-1240-MJS, Plaintiff is now housed at California Correctional Institution in Tehachapi, California. (See ECF No. 12.)